```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 19376
     LAWRENCE DAVIS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
     SSN XXX-XX-4186


---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 10/19/2007 and was not confirmed.

     The case was dismissed without confirmation 01/10/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------

MARQUETTE CONSUMER FINAN SECURED VEHIC   16000.00              .00            .00
AT & T BANKRUPCTY        UNSECURED       NOT FILED             .00            .00
CAPITAL ONE              UNSECURED          878.88             .00            .00
CAPITAL ONE              UNSECURED       NOT FILED             .00            .00
CAPTAL ONE               UNSECURED       NOT FILED             .00            .00
CHECK & GO               UNSECURED       NOT FILED             .00            .00
CINGULAR WIRELESS        UNSECURED       NOT FILED             .00            .00
COMCAST                  UNSECURED       NOT FILED             .00            .00
EARTHLINK ATLANTA        UNSECURED       NOT FILED             .00            .00
ASSET ACCEPTANCE LLC     UNSECURED          462.00             .00            .00
MCI                      UNSECURED       NOT FILED             .00            .00
OAK OF WILLOW HILL       UNSECURED       NOT FILED             .00            .00
PAYDAY ADV CASH TO GO    UNSECURED       NOT FILED             .00            .00
SIR FINANCE              UNSECURED         1656.00             .00            .00
T MOBILE                 UNSECURED       NOT FILED             .00            .00
TALK AMERICA             UNSECURED       NOT FILED             .00            .00
MARQUETTE CONSUMER FINAN UNSECURED         2530.35             .00            .00
MELVIN J KAPLAN          DEBTOR ATTY          .00                             .00
TOM VAUGHN               TRUSTEE                                              .00
DEBTOR REFUND            REFUND                                               .00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                  .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                      -------------       -------------
TOTALS                   .00                      .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 19376 LAWRENCE DAVIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE